**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6735**

---

DWIGHT JEFFERS,

                                        Petitioner - Appellant,

        versus

JESSE JAMES; UNITED STATES DISTRICT COURT,
Middle District of North Carolina,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge. (CA-00-28-5-F)

---

Submitted:  September 21, 2000        Decided:  October 2, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dwight Jeffers, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight Jeffers appeals from the district court's order denying his 28 U.S.C. § 2241 (1994) petition and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jeffers v. James, No. CA-00-28-5-F (E.D.N.C. Apr. 13 & May 15, 2000). We deny Jeffers' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2